IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **NANCY HAYS,**<br><br>　　　　**Plaintiff,**<br><br>**v.**<br><br>**MIDLAND CREDIT MANAGEMENT, INC.,**<br><br>　　　　**Defendant.** | No. 4:10-cv-00074<br><br><br><br><br><br>**DEFENDANT'S MOTION FOR EXTENSION OF TIME** |

　　　　Pursuant to Fed. R. Civ. P. 6 and Local Rule 7, Defendant hereby moves the Court for an Order granting Defendant a two-week extension of time, up to and including, April 5, 2010, within which to move or plead in response to Plaintiff's Complaint. In support of this Motion, Defendant states:

　　　　1.　　Defendant was served with Plaintiff's Complaint on March 2, 2010. Defendant's deadline to move or plead in response to the Complaint is currently March 22, 2010.

　　　　2.　　No other requests for an extension of time to move or plead in response to Plaintiff's Complaint have previously been sought or granted.

　　　　3.　　The undersigned was retained today and requires additional time to analyze the allegations by Plaintiff.

　　　　4.　　An additional two weeks, up to and including April 5, 2010, is sufficient for this purpose.

5.	Defendant's counsel has tried to contact counsel for the Plaintiff, Ray Johnson about this request for an extension of time, but has not been able to communicate directly with Mr. Johnson.

6.	This Motion is not for purposes of vexation or delay, but only for the reasons set forth herein.  Granting this Motion will not prejudice the rights of any parties to this suit, and is necessary to enable Defendant to move or plead in response to Plaintiff's Complaint.

WHEREFORE, Defendant prays that the Court enter an Order granting Defendant an extension of time to and including April 5, 2010, within which to move or plead in response to Plaintiff's Complaint.

Respectfully submitted,

*/s/ Benjamin P. Roach*
Benjamin P. Roach AT0006588
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.
700 Walnut, Suite 1600
Des Moines, Iowa 50309-3899
Phone: (515) 283-3100
Fax: (515) 283-8045
Email:  bproach@nyemaster.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2010, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to participating lawyers entered in this case.

Ray Johnson
Johnson Law Firm
950 Office Park Road, Ste. 335
West Des Moines, IA 50265
**ATTORNEY FOR PLAINTIFF**

*/s/ Benjamin P. Roach*

2